NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOTION GAMES, LLC,**
*Appellant*

**v.**

**NINTENDO OF AMERICA INC.,**
*Appellee*

---

2015-1867

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00164.

---

## JUDGMENT

---

DAVID MICHAEL UNDERHILL, Boies, Schiller & Flexner, LLP, Washington, DC, argued for appellant. Also represented by PATRICK M. LAFFERTY; JOSHUA M. KALB, Hunton & Williams LLP, Atlanta, GA.

RUDOLF EDWARD HUTZ, Reed Smith LLP, Wilmington, DE, argued for appellee. Also represented by BRIAN D. ROCHE, Chicago, IL; BARRY JOHN COYNE, Pittsburgh, PA; JOSEPH PRESTA, Nixon & Vanderhye P.C., Arlington, VA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 10, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |